1  CURTIS R. TINGLEY (SBN 112322)
   *ctingley@tingleylawgroup.com*
2  KEVIN P. O'BRIEN (SBN 215148)
   *kobrien@tingleylawgroup.com*
3  KEVIN W. ISAACSON (SBN 281067)
   *kisaacson@tingleylawgroup.com*
4  TINGLEY LAW GROUP, PC
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:    (408) 283-7000
6  Facsimile:    (408) 283-7010

7  Attorneys for Defendant
   FUAD NAJI SAEED

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12  STARBUZZ TOBACCO, INC., a California          CASE NO. CV13-03837 KAW
    corporation,
13                                                **ANSWER TO COMPLAINT**
                      Plaintiff,
14                                                **DEMAND FOR JURY TRIAL**
          v.
15
    FUAD NAJI SAEED, an individual, doing
16  business as STARBUZZ SMOKESHOP,

17                    Defendant.

18

19       COMES NOW Defendant FUAD NAJI SAEED (hereinafter "DEFENDANT"), to

20  herewith answer the Complaint:

21       1.    Answering Paragraph 1 of Plaintiff's Complaint, DEFENDANT is without

22  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

23  said paragraph, and, on that basis, denies the allegations contained therein.

24       2.    Answering Paragraph 2 of Plaintiff's Complaint, DEFENDANT is without

25  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

26  said paragraph, and, on that basis, denies the allegations contained therein.

27       3.    Answering Paragraph 3 of Plaintiff's Complaint, DEFENDANT is without

28  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

1    said paragraph, and, on that basis, denies the allegations contained therein.

2        4.    Answering Paragraph 4 of Plaintiff's Complaint, DEFENDANT is without

3    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

4    said paragraph, and, on that basis, denies the allegations contained therein.

5        5.    Answering Paragraph 5 of Plaintiff's Complaint, DEFENDANT is without

6    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

7    said paragraph, and, on that basis, denies the allegations contained therein.

8        6.    Answering Paragraph 6 of Plaintiff's Complaint, DEFENDANT is without

9    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

10    said paragraph, and, on that basis, denies the allegations contained therein.

11        7.    Answering Paragraph 7 of Plaintiff's Complaint, DEFENDANT is without

12    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

13    said paragraph, and, on that basis, denies the allegations contained therein.

14        8.    Answering Paragraph 8 of Plaintiff's Complaint, DEFENDANT is without

15    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

16    said paragraph, and, on that basis, denies the allegations contained therein.

17        9.    Answering Paragraph 9 of Plaintiff's Complaint, DEFENDANT is without

18    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

19    said paragraph, and, on that basis, denies the allegations contained therein.

20        10.    Answering Paragraph 10 of Plaintiff's Complaint, DEFENDANT is without

21    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

22    said paragraph, and, on that basis, denies the allegations contained therein.

23        11.    Answering Paragraph 11 of Plaintiff's Complaint, DEFENDANT is without

24    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

25    said paragraph, and, on that basis, denies the allegations contained therein.

26        12.    Answering Paragraph 12 of Plaintiff's Complaint, DEFENDANT is without

27    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

28    said paragraph, and, on that basis, denies the allegations contained therein.

TINGLEY LAW GROUP
ATTORNEYS AT LAW

13.     Answering Paragraph 13 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

14.     Answering Paragraph 14 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

15.     Answering Paragraph 15 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

16.     Answering Paragraph 16 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

17.     Answering Paragraph 17 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

18.     Answering Paragraph 18 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

19.     Answering Paragraph 19 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

20.     Answering Paragraph 20 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

21.     Answering Paragraph 21 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

22.     Answering Paragraph 22 of Plaintiff's Complaint, DEFENDANT is without

1   sufficient knowledge or information to form a belief as to the truth of the allegations contained in

2   said paragraph, and, on that basis, denies the allegations contained therein.

3       23.    Answering Paragraph 23 of Plaintiff's Complaint, DEFENDANT is without

4   sufficient knowledge or information to form a belief as to the truth of the allegations contained in

5   said paragraph, and, on that basis, denies the allegations contained therein.

6       24.    Answering Paragraph 24 of Plaintiff's Complaint, DEFENDANT is without

7   sufficient knowledge or information to form a belief as to the truth of the allegations contained in

8   said paragraph, and, on that basis, denies the allegations contained therein.

9       25.    Answering Paragraph 25 of Plaintiff's Complaint, DEFENDANT is without

10  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

11  said paragraph, and, on that basis, denies the allegations contained therein.

12      26.    Answering Paragraph 26 of Plaintiff's Complaint, DEFENDANT is without

13  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

14  said paragraph, and, on that basis, denies the allegations contained therein.

15      27.    Answering Paragraph 27 of Plaintiff's Complaint, DEFENDANT is without

16  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

17  said paragraph, and, on that basis, denies the allegations contained therein.

18      28.    Answering Paragraph 28 of Plaintiff's Complaint, DEFENDANT is without

19  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

20  said paragraph, and, on that basis, denies the allegations contained therein.

21      29.    Answering Paragraph 29 of Plaintiff's Complaint, DEFENDANT is without

22  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

23  said paragraph, and, on that basis, denies the allegations contained therein.

24      30.    Answering Paragraph 30 of Plaintiff's Complaint, DEFENDANT is without

25  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

26  said paragraph, and, on that basis, denies the allegations contained therein.

27      31.    Answering Paragraph 31 of Plaintiff's Complaint, DEFENDANT is without

28  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

1  said paragraph, and, on that basis, denies the allegations contained therein.

2      32.    Answering Paragraph 32 of Plaintiff's Complaint, DEFENDANT is without

3  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

4  said paragraph, and, on that basis, denies the allegations contained therein.

5      33.    Answering Paragraph 33 of Plaintiff's Complaint, DEFENDANT is without

6  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

7  said paragraph, and, on that basis, denies the allegations contained therein.

8      34.    Answering Paragraph 34 of Plaintiff's Complaint, DEFENDANT is without

9  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

10  said paragraph, and, on that basis, denies the allegations contained therein.

11      35.    Answering Paragraph 35 of Plaintiff's Complaint, DEFENDANT is without

12  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

13  said paragraph, and, on that basis, denies the allegations contained therein.

14      36.    Answering Paragraph 36 of Plaintiff's Complaint, DEFENDANT is without

15  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

16  said paragraph, and, on that basis, denies the allegations contained therein.

17      37.    Answering Paragraph 37 of Plaintiff's Complaint, DEFENDANT is without

18  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

19  said paragraph, and, on that basis, denies the allegations contained therein.

20                        **FIRST CLAIM FOR RELIEF**

21      38.    Answering Paragraph 38 of Plaintiff's Complaint, DEFENDANT is without

22  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

23  said paragraph, and, on that basis, denies the allegations contained therein.

24      39.    Answering Paragraph 39 of Plaintiff's Complaint, DEFENDANT denies the

25  allegations contained therein.

26      40.    Answering Paragraph 40 of Plaintiff's Complaint, DEFENDANT denies the

27  allegations contained therein.

28      41.    Answering Paragraph 41 of Plaintiff's Complaint, DEFENDANT denies the

allegations contained therein.

42. Answering Paragraph 42 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

43. Answering Paragraph 43 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

44. Answering Paragraph 44 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

45. Answering Paragraph 45 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

46. Answering Paragraph 46 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

47. Answering Paragraph 47 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

48. Answering Paragraph 48 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

49. Answering Paragraph 49 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

50. Answering Paragraph 50 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

## SECOND CLAIM FOR RELIEF

51. Answering Paragraph 51 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

52. Answering Paragraph 52 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

53. Answering Paragraph 53 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

TINGLEY LAW GROUP
ATTORNEYS AT LAW

ANSWER TO COMPLAINT
CASE NO. CV13-03837 KAW

1     54.    Answering Paragraph 54 of Plaintiff's Complaint, DEFENDANT denies the

2    allegations contained therein.

3     55.    Answering Paragraph 55 of Plaintiff's Complaint, DEFENDANT denies the

4    allegations contained therein.

5     56.    Answering Paragraph 56 of Plaintiff's Complaint, DEFENDANT denies the

6    allegations contained therein.

7     57.    Answering Paragraph 57 of Plaintiff's Complaint, DEFENDANT denies the

8    allegations contained therein.

9     58.    Answering Paragraph 58 of Plaintiff's Complaint, DEFENDANT denies the

10    allegations contained therein.

11     59.    Answering Paragraph 59 of Plaintiff's Complaint, DEFENDANT denies the

12    allegations contained therein.

### THIRD CLAIM FOR RELIEF

14     60.    Answering Paragraph 60 of Plaintiff's Complaint, DEFENDANT is without

15    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

16    said paragraph, and, on that basis, denies the allegations contained therein.

17     61.    Answering Paragraph 61 of Plaintiff's Complaint, DEFENDANT denies the

18    allegations contained therein.

19     62.    Answering Paragraph 62 of Plaintiff's Complaint, DEFENDANT denies the

20    allegations contained therein.

21     63.    Answering Paragraph 63 of Plaintiff's Complaint, DEFENDANT denies the

22    allegations contained therein.

23     64.    Answering Paragraph 64 of Plaintiff's Complaint, DEFENDANT denies the

24    allegations contained therein.

25     65.    Answering Paragraph 65 of Plaintiff's Complaint, DEFENDANT denies the

26    allegations contained therein.

27     66.    Answering Paragraph 66 of Plaintiff's Complaint, DEFENDANT denies the

28    allegations contained therein.

TINGLEY LAW GROUP
ATTORNEYS AT LAW

ANSWER TO COMPLAINT
CASE NO. CV13-03837 KAW

1

## FOURTH CLAIM FOR RELIEF

2        67.    Answering Paragraph 67 of Plaintiff's Complaint, DEFENDANT is without

3   sufficient knowledge or information to form a belief as to the truth of the allegations contained in

4   said paragraph, and, on that basis, denies the allegations contained therein.

5        68.    Answering Paragraph 68 of Plaintiff's Complaint, DEFENDANT denies the

6   allegations contained therein.

7        69.    Answering Paragraph 69 of Plaintiff's Complaint, DEFENDANT denies the

8   allegations contained therein.

9        70.    Answering Paragraph 70 of Plaintiff's Complaint, DEFENDANT denies the

10  allegations contained therein.

11       71.    Answering Paragraph 71 of Plaintiff's Complaint, DEFENDANT denies the

12  allegations contained therein.

13

## AFFIRMATIVE DEFENSES

14       1.    As for a first, separate and distinct affirmative defense to the Complaint, and each

15  and every count therein, DEFENDANT alleges that Plaintiff's Complaint fails to state facts

16  sufficient to constitute a cause of action against DEFENDANT.

17       2.    As for a second, separate and distinct affirmative defense to the Complaint, and

18  each and every count therein, DEFENDANT alleges that Plaintiff is barred by the Doctrine of

19  Estoppel.

20       3.    As for a third, separate and distinct affirmative defense to the Complaint, and each

21  and every count therein, DEFENDANT alleges that Plaintiff is barred by the Doctrine of Unclean

22  Hands.

23       4.    As for a fourth, separate and distinct affirmative defense to the Complaint, and

24  each and every count therein, DEFENDANT alleges that Plaintiff has waived any and all claims

25  and is barred and estopped from alleging the matters set forth in the Complaint.

26       5.    As for a fifth, separate and distinct affirmative defense to the Complaint, and each

27  and every count therein, DEFENDANT alleges that, at all times and places mentioned herein,

28  Plaintiff failed to mitigate the amount of damages.  The damages claimed by Plaintiff could have

1   been mitigated by due diligence on Plaintiff's part or by one acting under similar

2   circumstances.  The failure to mitigate is a bar to recovery under the Complaint.

3         6.      As for a sixth, separate and distinct affirmative defense to the Complaint, and each

4   and every count therein, DEFENDANT alleges that DEFENDANT's conduct was not the cause

5   in fact, or the proximate cause of any of the losses alleged by Plaintiff.

6         7.      As for a seventh, separate and distinct affirmative defense to the Complaint, and

7   each and every count therein, DEFENDANT alleges that the causes of action set forth in the

8   Complaint are, and each of them is, barred in whole or in part by the privilege of fair competition.

9         8.      As for an eighth, separate and distinct affirmative defense to the Complaint, and

10   each and every count therein, DEFENDANT alleges that said DEFENDANT acted at all times

11   within the scope of discretion, in good faith, with due care, and pursuant to applicable rules,

12   regulations and practices reasonably and in good faith belief to be in accordance with the

13   Constitution and laws of the United States or the State of California, and this DEFENDANT is,

14   therefore, not liable.

15         9.      As for a ninth, separate and distinct affirmative defense to the Complaint, and each

16   and every count therein, DEFENDANT alleges that the Trademark Registrations alleged in the

17   Complaint were improperly issued by the U.S. Patent and Trademark Office in that said alleged

18   trademarks are merely descriptive of the goods and services of Plaintiff and said marks have not

19   become distinctive of Plaintiff's goods and services in interstate commerce.

20         10.      As for a tenth, separate and distinct affirmative defense to the Complaint, and each

21   and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks and trade dress

22   are functional and, therefore, not a trademark from its inception, and incapable of legal protection

23   under the law.

24         11.      As for an eleventh, separate and distinct affirmative defense to the Complaint, and

25   each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademark

26   registrations are not valid  because of fraud in obtaining the registration.

27         12.      As for a twelfth, separate and distinct affirmative defense to the Complaint, and

28   each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are not

1    incontestable or valid because of the limited territory of an intermediate junior user.

2        13.    As for a thirteenth, separate and distinct affirmative defense to the Complaint, and

3    each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are not

4    incontestable or valid because of the prior registration and/or common law rights of defendant.

5        14.    As for a fourteenth, separate and distinct affirmative defense to the Complaint, and

6    each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are not

7    incontestable because of DEFENDANT's fair use of the alleged marks.

8        15.    As for a fifteenth, separate and distinct affirmative defense to the Complaint, and

9    each and every count therein, DEFENDANT alleges that there is no actual confusion nor any

10   likelihood of confusion between Plaintiff's name or alleged marks and DEFENDANT's name or

11   marks.

12       16.    As for a sixteenth, separate and distinct affirmative defense to the Complaint, and

13   each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are weak

14   and not infringed, and therefore, the scope of protection for said weak marks does not extend to

15   defendant's trademarks.  DEFENDANT contends that there are numerous third party uses of

16   similar marks.

17       17.    As for a seventeenth, separate and distinct affirmative defense to the Complaint,

18   and each and every count therein, DEFENDANT alleges that Plaintiff has abandoned its alleged

19   rights in the marks by acts which have caused the marks to lose their significance as an indication

20   or origin.

21       18.    As for an eighteenth, separate and distinct affirmative defense to the Complaint,

22   and each and every count therein, DEFENDANT alleges that Plaintiff's alleged marks or symbols

23   are not "trademarks" but are generic names of goods or services.

24       19.    As for a nineteenth, separate and distinct affirmative defense to the Complaint, and

25   each and every count therein, DEFENDANT alleges that Plaintiff's alleged names, marks or

26   symbols are not inherently distinctive and have not become distinctive in that purchasers do not

27   associate the name, marks or symbols with Plaintiff alone.

28       20.    As for a twentieth, separate and distinct affirmative defense to the Complaint, and

TINGLEY LAW GROUP
ATTORNEYS AT LAW

FDFC1B72.doc                     - 10 -                    ANSWER TO COMPLAINT
                                                          CASE NO. CV13-03837 KAW

1   each and every count therein, DEFENDANT alleges that said Complaint was filed for an

2   improper purpose, abuse of process and as an improper restraint of trade.

3         21.    As for a twenty-first, separate and distinct affirmative defense to the Complaint,

4   and each and every count therein, DEFENDANT alleges that Plaintiff has consented to the

5   conduct it now objects to in this action.

6         22.    As for a twenty-second, separate and distinct affirmative defense to the Complaint,

7   and each and every count therein, DEFENDANT alleges on information and belief that

8   DEFENDANT had an implied license to use and/or modify and/or copy each and every mark

9   claimed to be owned by Plaintiff based on Plaintiff's conduct.

10         23.    As for a twenty-third, separate and distinct affirmative defense to the Complaint,

11   and each and every count therein, DEFENDANT alleges that the claim of Unfair Competition

12   fails because Plaintiff has failed to suffer actual damages as required pursuant to Business and

13   Professions Code Section 17204.

14         DEFENDANT has not completed his investigation of the allegations of the Plaintiff in the

15   Complaint, and specifically reserves the right to amend his Answer and present additional

16   affirmative defenses as necessary.

17         WHEREFORE, this answering DEFENDANT prays for judgment as follows:

18       1.    That Plaintiff's request for damages is denied.

19       2.    That Plaintiff's request for injunctive relief is denied;

20       3.    For reasonable attorney's fees and costs of suit incurred therein; and

21       4.    For such other and further relief as the Court deems proper.

22   Dated: September 16, 2013          TINGLEY LAW GROUP, PC

23

24                             By:

25                             KEVIN W. ISAACSON
                              Attorneys for Defendant

26

27

28

1

**DEMAND FOR JURY TRIAL**

2     DEFENDANT hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules

3    of Court.

4    Dated: September 16, 2013                         TINGLEY LAW GROUP, PC

5

6                                                      By:

7                                                      KEVIN W. ISAACSON
                                                       Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28