1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FUAD NAJI SAEED, an individual, doing business as STARBUZZ SMOKESHOP,<br><br>　　　　Defendant. | Case No.: 3:13-cv-03837-SI<br>Honorable Susan Illston<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION REGARDING CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** |

1

[Proposed] Order Granting Joint Stipulation Regarding Continuance of the Case Management Conference

1 | This matter, having come before the Court upon the stipulation of Plaintiff, Starbuzz Tobacco, Inc. and Defendant, Fuad Naji Saeed regarding the continuance of the Case Management Conference, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Case Management Conference previously scheduled on November 22, 2013 is continued to December 6, 2013 at 2:30 p.m. in Courtroom No. 10, 19th Floor Federal Building of the above-entitled Court.

**IT IS SO ORDERED.**

DATED: 10/9/13 _____
Honorable Susan Illston
United States District Court Judge

2

[Proposed] Order Granting Joint Stipulation Regarding Continuance of the Case Management Conference