1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation,          ) | Case No.: 3:13-cv-03837-SI |
| ) | Honorable Susan Illston |
| ) | |
| Plaintiff,          ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
| vs.          ) | **JOINT STIPULATION REGARDING** |
| ) | **CONTINUANCE OF THE CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| FUAD NAJI SAEED, an individual, doing          ) | |
| business as STARBUZZ SMOKESHOP,          ) | |
| ) | |
| Defendant.          ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

1

[Proposed] Order Granting Joint Stipulation Regarding Continuance of the Case Management Conference

1     This matter, having come before the Court upon the stipulation of Plaintiff, Starbuzz

2 Tobacco, Inc. and Defendant, Fuad Naji Saeed regarding the continuance of the Case

3 Management Conference, and good cause appearing therefor,

4     **IT IS HEREBY ORDERED** that the Case Management Conference previously

5

6 scheduled on November 22, 2013 is continued to December 6, 2013 at 2:30 p.m. in Courtroom

7 No. 10, 19th Floor Federal Building of the above-entitled Court.

8     **IT IS SO ORDERED.**

9

10 DATED: _____10/9/13_____    _____

11                 Honorable Susan Illston
United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[Proposed] Order Granting Joint Stipulation Regarding Continuance of the Case Management Conference