Natu J. Patel, SBN 188618
Jason Chuan, SBN 261868
Carla A. Federis, SBN 266611
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone:       949.955.1077
Facsimile:   949.955.1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiff, Starbuzz Tobacco, Inc.

Martin E. Jerisat, SBN 273770
Legal Department
**STARBUZZ TOBACCO, INC.**
10871 Forbes Ave.
Garden Grove, California 92843
Telephone:   714.995.4119
martin@starbuzztobacco.com

Attorney for Plaintiff, Starbuzz Tobacco, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FUAD NAJI SAEED, an individual, doing business as STARBUZZ SMOKESHOP,<br><br>    Defendant. | Case No.: 3:13-cv-03837-SI<br>Honorable Susan Illston<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF STARBUZZ TOBACCO, INC.; [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that Plaintiff, Starbuzz Tobacco, Inc. has retained Martin E. Jerisat as its General Counsel and to substitute as counsel for The Patel Law Firm, P.C. in the above-referenced matter.

Withdrawing counsel for Plaintiff, Starbuzz Tobacco, Inc. are as follows:

>Natu J. Patel, (SBN 188618)
>Jason Chuan, (SBN 261868)
>Carla A. Federis, (SBN 266611)
>THE PATEL LAW FIRM, P.C.
>22952 Mill Creek Drive
>Laguna Hills, California 92653
>Phone: 949.955.1077
>Fax: 949.955.1877
>NPatel@thePatelLawFirm.com
>JChuan@thePatelLawFirm.com
>CFederis@thePatelLawFirm.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff, Starbuzz Tobacco, Inc.:

>Martin E. Jerisat, SBN 273770
>Legal Department
>STARBUZZ TOBACCO, INC.
>10871 Forbes Ave.
>Garden Grove, California 92843
>Phone: 714.995.4119
>martin@starbuzztobacco.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: November 15, 2013                              **STARBUZZ TOBACCO, INC.**

                                                      _s/Martin E. Jerisat_
                                                      Martin E. Jerisat
                                                      General Counsel for Plaintiff,
                                                      Starbuzz Tobacco, Inc.

Dated:  November 14, 2013                                  **THE PATEL LAW FIRM, P.C.**

                                                                            s/Natu J. Patel
                                                                            Natu J. Patel
                                                                            Attorneys for Plaintiff,
                                                                            Starbuzz Tobacco, Inc.

Dated: November 15, 2013                                   s/Martin E. Jerisat
                                                                            Martin E. Jerisat
                                                                            General Counsel for Plaintiff,
                                                                            Starbuzz Tobacco, Inc.

      The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: ___11/18/13_____                            _____
                                                                              JUDGE OF THE UNITED STATES
                                                                              DISTRICT COURT

**CERTIFICATE OF SERVICE**
NORTHERN DISTRICT OF CALIFORNIA
Starbuzz Tobacco, Inc. v. Fuad Naji Saeed: 3:13-cv-03837-SI

The undersigned certifies that on November 15, 2013 the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF STARBUZZ TOBACCO, INC.; [PROPOSED] ORDER**

Pursuant to L.R. 5-5, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

                                                      s/Natu J. Patel
                                                      Natu J. Patel