Natu J. Patel, SBN 188618
Jason Chuan, SBN 261868
Carla A. Federis, SBN 266611
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone:        949.955.1077
Facsimile:    949.955.1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiff, Starbuzz Tobacco, Inc.

Martin E. Jerisat, SBN 273770
Legal Department
**STARBUZZ TOBACCO, INC.**
10871 Forbes Ave.
Garden Grove, California 92843
Telephone:    714.995.4119
martin@starbuzztobacco.com

Attorney for Plaintiff, Starbuzz Tobacco, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation, | Case No.: 3:13-cv-03837-SI<br>Honorable Susan Illston |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF STARBUZZ TOBACCO, INC.; [PROPOSED] ORDER** |
| FUAD NAJI SAEED, an individual, doing business as STARBUZZ SMOKESHOP, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, Starbuzz Tobacco, Inc. has retained Martin E. Jerisat as its General Counsel and to substitute as counsel for The Patel Law Firm, P.C. in the above-referenced matter.

Withdrawing counsel for Plaintiff, Starbuzz Tobacco, Inc. are as follows:

> Natu J. Patel, (SBN 188618)
> Jason Chuan, (SBN 261868)
> Carla A. Federis, (SBN 266611)
> THE PATEL LAW FIRM, P.C.
> 22952 Mill Creek Drive
> Laguna Hills, California 92653
> Phone:  949.955.1077
> Fax:  949.955.1877
> NPatel@thePatelLawFirm.com
> JChuan@thePatelLawFirm.com
> CFederis@thePatelLawFirm.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff, Starbuzz Tobacco, Inc.:

> Martin E. Jerisat, SBN 273770
> Legal Department
> STARBUZZ TOBACCO, INC.
> 10871 Forbes Ave.
> Garden Grove, California 92843
> Phone: 714.995.4119
> martin@starbuzztobacco.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: November 15, 2013                          **STARBUZZ TOBACCO, INC.**

                                                   s/Martin E. Jerisat
                                                  Martin E. Jerisat
                                                  General Counsel for Plaintiff,
                                                  Starbuzz Tobacco, Inc.

Dated:  November 14, 2013                    **THE PATEL LAW FIRM, P.C.**

        s/Natu J. Patel
        Natu J. Patel
        Attorneys for Plaintiff,
        Starbuzz Tobacco, Inc.

Dated: November 15, 2013

        s/Martin E. Jerisat
        Martin E. Jerisat
        General Counsel for Plaintiff,
        Starbuzz Tobacco, Inc.

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: __11/18/13__

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**
NORTHERN DISTRICT OF CALIFORNIA
Starbuzz Tobacco, Inc. v. Fuad Naji Saeed: 3:13-cv-03837-SI

The undersigned certifies that on November 15, 2013 the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF STARBUZZ TOBACCO, INC.; [PROPOSED] ORDER**

Pursuant to L.R. 5-5, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

                                                                             s/Natu J. Patel
                                                                             Natu J. Patel