UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>FUAD NAJI SAEED, an individual, doing business as STARBUZZ SMOKESHOP,<br><br>              Defendant. | CASE NO. CV13-03837 SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Stipulation to Continue the Case Management Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Case Management Conference is hereby continued to February 7, 2014, at 2:30 a.m./p.m.

IT IS SO ORDERED.

Dated December 9, 2013

_____
SUSAN ILLSTON
U.S. DISTRICT JUDGE