IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FUAD NAJI SAEED,<br><br>　　　　　Defendant.　　　　　　／ | No. C 13-03837 SI<br><br>**PRETRIAL PREPARATION ORDER** |

　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>May 23, 2014</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>June 2, 2014</u>.

DESIGNATION OF EXPERTS: <u>5/19/14</u>; REBUTTAL: <u>6/9/14</u>.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 30, 3014</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 3, 2014</u>;

　　　Opp. Due <u>July 18, 2014</u> ;  Reply Due <u>July 25, 2014</u>;

　　　 and set for hearing no later than <u>August 8, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>October 14, 2013</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>October 27, 2014</u> at <u>8:30 AM.</u>,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The deadline to amend the pleadings is 5/12/14.
Counsel are informally discussing settlement and shall inform the court by 2/28/14 of the ADR procedure they will participate in.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  2/10/14

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge