1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>FUAD NAJI SAEED, an individual, doing business as STARBUZZ SMOKESHOP,<br><br>           Defendant. | CASE NO. CV13-03837 SI<br><br>**ORDER CONTINUING<br>DATES AND DEADLINES** |

Having reviewed the Stipulation to Continue Dates and Deadlines of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this action is referred to a settlement conference before a magistrate judge and that the following dates and deadlines are hereby continued as set forth herein:

| Event | New Date/Deadline |
|---|---|
| Settlement Conference no later than | June 16, 2014 |
| Further Case Management | July 25, 2014, at 3 a.m./p.m. |
| Non-Expert Discovery Cutoff | August 4, 2014 |

85414971.doc                                                        **ORDER CONTINUING DATES AND DEADLINES**
                                                                                       **CASE NO. CV13-03837 SI**

| Event | New Date/Deadline |
|---|---|
| Designation of Experts | July 7, 2014 |
| Rebuttal to Designation of Experts | July 28, 2014 |
| Expert Discovery Cutoff | August 18, 2014 |
| Dispositive Motions filed by | August 22, 2014 |
| Opposition to Dispositive Motions | September 5, 2014 |
| Reply to Opposition to Dispositive Motions | September 12, 2014 |
| Dispositive Motion Hearing no later than | September 26, 2014<br>9:00 a.m. |

IT IS SO ORDERED.

Dated: May __8__, 2014

_____
Susan Illston
U.S. DISTRICT JUDGE