UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>FUAD NAJI SAEED, an individual, doing business as STARBUZZ SMOKESHOP,<br><br>                    Defendant. | CASE NO. CV13-03837 SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Stipulation to Continue the Case Management Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Case Management Conference is hereby continued to __8/22__, 2014, at __3__ ~~a.m.~~/p.m.

IT IS SO ORDERED.

Dated July __24__, 2014

_____
SUSAN ILLSTON
U.S. DISTRICT JUDGE

85414971.doc

**ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. CV13-03837 SI**