MARTIN E. JERISAT (SBN273770)
*mjerisat@jk-lawfirm.com*
JERISAT LAW FIRM
2372 Morse Ave., Ste. 322
Irvine, CA 92614
T: 714.571.5700

Attorneys for Plaintiff STARBUZZ TOBACCO, INC.

CURTIS R. TINGLEY (SBN112322)
*ctingley@tingleylawgroup.com*
KEVIN W. ISAACSON (SBN 281067)
*kisaacson@tingleylawgroup.com*
TINGLEY LAW GROUP, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:  (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendant FUAD NAJI SAEED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Starbuzz Tobacco, Inc., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FUAD NAJI SAEED, an individual, doing business as STARBUZZ SMOKESHOP,, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: CV13-03837 SI <br><br> **Assigned for all purposes to Honorable Susan Illston** <br><br> **JOINT STIPULATION RE [PROPOSED] PERMANENT INJUNCTION AND DISMISSAL** |

Plaintiff Starbuzz Tobacco, Inc. ("Plaintiff") and Defendant Fuad Naji Saeed doing business as Starbuzz Smokeshop, by and through their respective counsel of record, hereby stipulate and agree that the [PROPOSED] Permanent Injunction and Dismissal ("Injunction") attached hereto as Exhibit A and

concurrently lodged, may be entered in the above–captioned matter.

    In accordance with L.R. 5-1(i), the filer of this document attests that the concurrence in the filing of the document has been obtained from each of the other Signatories to it.

DATED: August 21, 2014       STARBUZZ TOBACCO, INC.

                                   s/Martin Jerisat
                                   MARTIN E. JERISAT
                                   Attorney for Plaintiff

DATED: August 21, 2014       TINGLEY LAW GROUP, PC

                                   s/Kevin Issacson
                                   KEVIN W. ISAACSON
                                   Attorneys for Defendant

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| Starbuzz Tobacco, Inc., a California corporation, | ) Case No.: CV13-03837 SI |
|---|---|
| Plaintiff, | ) **Assigned for all purposes to Honorable Susan Illston** |
| vs. | ) **[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL ORDER** |
| FUAD NAJI SAEED, an individual, doing business as STARBUZZ SMOKESHOP,, and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

This matter, having come before the Court upon the stipulation of the parties, the parties having agreed to the entry of this injunction as a condition for the dismissal of this case, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, Defendant Fuad Naji Saeed individually and doing business as Starbuzz Smokeshop ("Defendant") and his officers, directors, owners, partners, employees, agents, assigns, and representatives, are hereby permanently and forever enjoined from directly or indirectly:

  A. using, selling, offering for sale, importing, distributing or advertising any products bearing the trademarks "STARBUZZ", "STARBUZZ TOBACCO and/or "STARBUZZ SMOKESHOP" (collectively "Starbuzz's Marks"), and any other names and/or logos and phrases confusingly similar thereto as provided under the Lanham Act, alone or in combination with tobacco or tobacco related products;

  B. Producing, manufacturing, distributing, selling, importing, marketing, promoting, or advertising any tobacco product that uses the name "STARBUZZ" or any other names confusingly similar to Plaintiff's STARBUZZ name and trademarks or Starbuzz's Marks;

  C. Otherwise unfairly competing with Plaintiff in the manufacture, sale, offering for sale, distribution, advertising, or promotion of Plaintiff's products;

  D. Falsely representing himself as being connected with Plaintiff or sponsored by or associated with Plaintiff or Plaintiff's products or engaging in any act or business practice that is likely to cause the trade, retailers, and/or members of the purchasing public to believe that Defendant, or any of his products, are associated with Plaintiff;

  E. Using any reproduction, copy, or colorable imitation of any of Starbuzz's Marks in connection with the advertising, promotion, manufacture, sale, and/or distribution of tobacco products; and

  F. Assisting, aiding, or abetting any person or business entity in engaging in or performing any of the above-identified activities referred to in subparagraphs (a) through (f) above.

  **IT IS FURTHER ORDERED** that this Order shall issue and be enforceable without the posting of security by Plaintiff Starbuzz Tobacco, Inc., pursuant to Federal Rules of Civil Procedure 65(c).

**IT IS FURTHER ORDERED** that this Injunction shall be deemed to have been served upon the Defendant at the time of its execution by the Court.

**IT IS FURTHER ORDERED** that the Injunction shall become effective as of the date of entry of this Injunction by the Court.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

**IT IS FURTHER ORDERED** that this court shall retain jurisdiction to enforce the settlement agreement reached by the parties, and that, subject to and in accordance with the terms of the confidential settlement agreement, this case and all claims therein are dismissed without prejudice, the dismissal being "without prejudice" not for the purpose of allowing the parties to reopen the issues resolved by the judgment, but solely to allow this court to conclude this litigation while retaining authority to enforce the terms of the settlement agreement.

**IT IS SO ORDERED**

DATED: 8/21/14

Honorable Susan Illston
United States District Court Judge

**CERTIFICATE OF SERVICE**
NORTHERN DISTRICT OF CALIFORNIA

Starbuzz Tobacco, Inc. vs. Fuad Naji Saeed.: Case No.: CV13-03837 SI

The undersigned certifies that on August 21, 2014, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**JOINT STIPULATION RE [PROPOSED] PERMANENT INJUNCTION AND DISMISSAL ORDER**

Pursuant to L.R. 5-3.3, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

/s/Martin E. Jerisat
Martin E. Jerisat